# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00193-CR

**Mohammad Ashraf, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY
### NO. C-1-CR-08-206754, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

This is an appeal from a judgment of conviction for assault.  The reporter's record has not been filed and is overdue.  The Court has been advised by the court reporter that no arrangement for payment has been made.  See Tex. R. App. P. 35.3(b)(3).  The clerk's record indicates that the appellant, appearing pro se, has filed a request to be declared indigent by the trial court, but that the trial court has not acted on this request.

To avoid further delays and protect the rights of the parties, the appeal is abated and the trial court is instructed to determine, following a hearing if necessary, whether appellant is presently indigent.  If the court finds that appellant is indigent, it shall order the preparation of the reporter's record at no cost to appellant and take all necessary steps to assure that appellant is effectively represented by counsel, including appointing new counsel for the appeal if necessary.

Copies of all findings, conclusions, and orders, and a transcription of the reporter's notes if a hearing is held, shall be tendered for filing in this Court no later than February 26, 2010.

Before Justices Patterson, Puryear and Henson

Abated

Filed:   January 28, 2010

Do Not Publish